# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 466 |
|---|---|---|
| | : | |
| AMENDMENT OF RULES | : | JUDICIAL ADMINISTRATION |
| 4001- 4016 OF THE | : | |
| PENNSYLVANIA RULES OF | : | DOCKET |
| JUDICIAL ADMINISTRATION | : | |
| | : | |

## AMENDED ORDER

**PER CURIAM**

   **AND NOW,** this 12ᵗʰ day of August, 2016, **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 4001-4016 of the Pennsylvania Rules of Judicial Administration are amended in the attached form.

   This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective January 1, 2017, except in the First Judicial District and Fifth Judicial District, in which it shall be effective July 1, 2017. For the period from January 1, 2017 through July 1, 2017, the First Judicial District and Fifth Judicial District shall be governed by Pa.R.J.A. Nos. 5000.1-5000.13, which are rescinded as to all other judicial districts as of January 1, 2017.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and in brackets.